UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                        v.

HENRY P. STEENECK,

              Defendant.
-----------------------------------------------------------X

**APPEARANCE**

**CASE NUMBER:
07MJ1121**

To the Clerk of this Court and all parties of record:

Enter our appearance as counsel in this case for Bernard Beebe.

We certify that we are admitted to practice in this Court.

Dated: July 16, 2007

                                        _____
                                        GARY GREENWALD    GG4605
                                        Greenwald Law Offices
                                        99 Brookside Avenue
                                        Chester, New York 10918
                                        Tel: (845) 469-4900
                                        Fax: (845) 469-2022

TO:   Clerk of the Court
        A.U.S.A. Richard Tarlowe