UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.                                    **NOTICE OF APPEAL**

HENRY P. STEENECK,                       *Docket No.  07MJ1121*

                      Defendant.
------------------------------------------------------------X

       Notice is hereby given that Henry P. Steeneck, defendant above named, hereby appeals to the United States Court of Appeals for the Second Circuit from the orders of the Hon. Stephen C. Robinson, entered in this proceeding on July 13, 2007 and July 23, 2007, orally from on the bench, regarding release or detention of the defendant pending trial.

Dated: July 23, 2007

                                                              _____
                                                              GARY GREENWALD   GG4605
                                                               Greenwald Law Offices
                                                               *Attorneys for Defendant*
                                                               99 Brookside Avenue
                                                               Chester, New York 10918
                                                               (845) 469-4900

TO:    AUSA Richard Tarlowe
         United States Attorney's Office
         Southern District of New York
         300 Quarropas Street
         White Plains, New York 10601